IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CYNTHIA MOORE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　Defendant. | Civil Action No. 1:17-cv-00093-BR |

**<u>ORDER OF COURT</u>**

AND NOW, this ____ day of _____, 2017, in consideration of Defendant The Prudential Insurance Company of America's Motion for Admission *Pro Hac Vice* of Ian H. Morrison, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_____